177 So. 921

**Gay HUFFMAN v. STATE.**

**7 Div. 327.**

Court of Appeals of Alabama.
Jan. 11, 1938.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

181 So. 921

**Ben HUGGINS v. STATE.**

**6 Div. 121.**

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

180 So. 898

**Raymond HUNTER v. STATE.**

**7 Div. 362.**

Court of Appeals of Alabama.
April 12, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

176 So. 922

**Vernon HUTCHENS v. STATE.**

**8 Div. 579.**

Court of Appeals of Alabama.
Oct. 26, 1937.

RICE, Judge.
Affirmed.

186 So. 920

**Ed (alias Link) INGRAM v. STATE.**

**8 Div. 705.**

Court of Appeals of Alabama.
Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

184 So. 916

**Alfonso JACKSON v. STATE.**

**6 Div. 372.**

Court of Appeals of Alabama.
Nov. 29, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.